Report to the Senate. On motion of the parties, and a stipulation filed by the parties requesting that the facts therein agreed to be found by the court, the court adopted as its special findings of fact the stipulation with the affidavit appended thereto, and rendered a decision in accordance with its opinion in the case of Maud M. Wright and Maxine Roberts, formerly Maxine Mills v. United States, Congressional No. 17850, decided March 6, 1951, ante, p. 576, with a conclusion of law as follows:
Upon the foregoing findings of fact the court concludes that as a matter of law plaintiff would have had a just and legal claim against the United States if at the time the events occurred on January 21, 1944, the United States had been suable in an action for negligence sounding in tort. Consent for the Government to be sued in such cases was given in Title IV of the Act of August 2, 1946, Federal Tort Claims Act, 60 Stat. 842, 843, 28 U. S. C. 1346 (b). The court further concludes that even if the above statute had been in effect on January 21, 1944, the plaintiff’s claim would *626 have been barred by the Indiana statute of limitations at the expiration of two years from that day. Any payment, therefore, made by the authority of Congress upon _ plaintiff’s claim would be in the nature of a gratuity.
Now, therefore, is it ordered this 3d day of April 1951, that the motion for a decision be and the same is allowed, and the special findings of fact and conclusion of law are directed to be transmitted as said decision to the Senate in accordance with the Act of March 3, 1911, 36 Stat. 1087, as amended by the Act of June 25, 1948, 28 U. S. C. 1492, 2509.

Immigration, and Naturalization Pay Oases

On the authority of Gibney v. United States, 114 C. Cls. 38, Taylor v. United States, 114 C. Cls. 59, and Ahearn v. United States, 114 C. Cls. 65, and upon stipulations of the parties in the cases set forth below, showing the amounts due each of the plaintiffs in accordance with the records of the Director of Immigration and Naturalization, Department of Justice, as extra pay for services performed on Sundays and holidays for the periods and in the amounts mentioned therein; and upon the report of a commissioner in each case recommending that judgment be entered in favor of the plaintiffs for the respective amounts stated in the several stipulations, and on motions by the several plaintiffs for judgment, it was ordered that judgment be entered in the respective amounts set forth below, as follows:
On December 5, 1950
48491 Harold B. Thomas_ $312.36
On February 6,1951
49704 William J. Adkins_ $519.05
Faler L. Armitage_ ' 798. 59
Edward A. Burke_ 486. 56
Joseph O. Oarraway_ 548. 97
Albert S: Oaviness_ 436. 97
Richard F. Cornett_ 543.14
Louis F. Daboll_ 600.37
Peter D. Garvey_ 747. 02
Paul W. Grubbs_ 795 96
Henry L. Hull_1_ 484. 66
*627 49704 Robert E. Jett_ $1,322. 32
William D. Johnson_ 462. 60
Eugene F. Kessler_ 994. 07
Herschel S. Kile_ 963. 94
Hubert R. Latimer_ 1,289.28
Carl H. Ray_ 154. 07
Harold C. Merritt_ 685.47
Robert W. McAllister, Jr_ 822.85
William T. McConnell_ 797. 56
Horace C. McDaniel, Jr_ 871. 73
Clarence E. McPherson_ 1, 002. 36
Cecil G. Peterson_ 866. 04
Charles S. Price_ 1,287.22
Fred M. Rivenbark_ 685.86
Joseph H. Saint_ 804. 42
John D. Snider_ 484.56
Nelson B. Stockwell_ 693. 80
C. H. Whorrall_ 810.00
Harlan L. Woolwine_ 1, 061.96
Charles G. Yeager_ 993.51
Arthur S. Milliron_ 703. 53
Homer R. Rutter_ 2,030.38
Max H. Watkins_ 472.10
Robert F. Albertin_ 1, 451.69
Kelsey D. Bartlett— 1,166.04
Clinton W. Beggs_ 1,379. 89
John R. Constantine_ 487.24
Warren E. RiedeL— 1,201.49
David Rittenburg-: 660. 49
Joseph Scher_ 193.10
Albert A. Almlie_ 663. 94
Gilbert F. Anderson_ 726. 83
Calvin • Bolsinger_ 698. 56
Raymond W. Brimmer. 506.92
Dennis L. Farmery_ ■ 522.75
Roy E. Grinnell_ 739. 59
John W. Held_ 648.94
Frank P. Hickner_ 716.22
Raymond M. Mix_ 534.11
Earl T. Savard- . 1,042.96
John-R. Sonstegard-668.37
49751 Albert J. Borstadt_ 565. 74
Hurley H. Carson_ 900.11
Harold D. DeMello_ ■ 145.72
Robert B. Flannigan_ 2,198.97
George W. Heckert_ 318. 20
Kermit A. Kyle_ 971.40
Elton T. Prather_ ' 325.68
*628 49751 Carmie L. Baldock_ $884.81
Joseph C. Burget_ 793.31
Albert M. Cole_ 1,031.00
Lee B. Dolch_ 188.44
•Albert H. Howard_ 511. 50
Douglas F. Largen_ 748. 55
Erwin E. Meurin- 1,023.88
Lawrence J. Olson_ 705. 86
Alfred R. Perkins- 671. 64
Edwin P. Schaper_ 568.16
Josephine Simmang-■_ 810. 51
George P. Taylor_ 808.12
Lawrence E. Attwood- 411. 28
Henry C. Bonnett_•- 481.29
Oír Maeoh 6, 1951
49702 Paul A. Aldrich_ 565.16
Joseph E. Baginski_ 611. 52
Robert L. Bailey_ 330.85
Joseph M. Baldwin_ 720. 87
■Freeman E. Bangs_ 540. 88
Joseph E. Bannan- 735. 97
Carl M. Barton- 591.18
Gilbert J. Bebeau- 770. 47
John F. J. Bell_ 454.09
Joseph L. Benda_ 748.58
Ira G. Berry- 803.04
Roy W. Berry.- 252. 63
Albert R. Blackmer_ 604. 27
Leon Blythe_ 869.62
Philip T. Bogue_ 548. 20
Galitzin N. Bogel_,- 304.21
Vincent D. Borg_ 558.00
John W. Bowser___ 419. 74
Charles R. Bradford--- 522. 54
William A. Briggs___. 563. 91
James L. Buchanan_ 665. 48
Gordon W. Bulger_ 1, 624.11
Lawrence I. Bundy_ 586.24
Edward J. Byrne_ 770.34
James D. Campbell_•_. 487.43
Edgar M. Carpenter_ 227. 57
Horace B. Carter_ 314. 33
Robert L. Chambers___ 490. 89
Joseph J. Cleary___ 672. 57
Walter H. Collins_ 765.13
Charles W. Cook_._ 297. 42
*629 49702 Leo J. Coughlin_ $373. 65
Irwin P. Crotty_ 478. 88
Thomas R. Crouse_ 586. 90
Joseph R. Crowley_ 464. 50
George S. Dailey-345. 39
Charles S. Danielson_ 486.32
John A. DiCerbo-453.87
Thomas W. Dickson_ 790.11
Dustin L. Dilley-826.16
John J. Donner_ 632. 70
Thomas M. Dowis_ 287. 32
Carl L. Drake_ 855.91
John I. Dresser_ 527.69
Albert J. Dube_ 481.10
Alexander G. Duckworth. 469.24
William F. Durnan-777.28
Archie W. Durno_ 542. 04
Robert H. Easterbrooks_. 1,481. 07
Arthur W. Ernst_ 857.23
Ernest R. Evans_ 836.85
S. Francis Fagi_ 491.05
Russell Y. Fair-670.94
John W. Farnell-439. 60
Gilbert R. Farr_ 523. 86
Edwin E. Francis_ 890. 40
Glenn French_ 694. 59
Orville T. Gardner_ ■ 557.66
Elmer B. Garess-389.98
Marmion M. Garrett_ 902. 34
Guy Garshwiler-633. 85
G. Marvin Gates-844.87
Norman S. George_ 570. 29
John Q. Gillis_ 313. 54
Lyle Glover-249.02
Paul H. Goss-481. 62
Stanley H. Graham_ 645.34
Harry B. Greene_ 190.25
Lester H. Greener_ 531. 63
William J. Griffin_ 649.16
Gordon J. Griffith_ 544.52
Raymond O. Hanson_ 222. 98
W. Bruce Hawthorne_ 737.15
Alphonso Hayden_ 513.70
Findell O. Helgeson_ 452. 20
Omer L. Hix_ 356.46
William W. Holmes_ 413. 09
Michael M. Hoosaek_ 427. 58
Arthur A. Horne_ 540.94
*630 49702 James M. Humphreys- $525.35
John Jabanoski____ 158.96
Wilbur A. Jennings- 767. 75
William 8. Jones_ 812.31
Bruce Kauffman_•— 823. 57
• James P. Keane_: — •— 634.21
Jack R. Kearny_ 1,061.68
Percival W. Keene_,- 591. 37
George W. Kelly_ 118.40
George W. Kelly_ 635.10
Charles J. Knoblauch_ 578. 68
Nelson Koopman_ 439. 23
Charles E. Kopp, Sr- 223.49
Peter H. Krupp_ 601. 34
Charles E. LaCroix_ 793.24
John A. Lannan_ 617.42
Melvin Lee_ 658. IS
Arthur P. Lezotte_ 558. 71
Harold S. Lezotte_ 985.21
Elbert Lockhart_ 602.35
Irving S. Longwell- 745.51
Percival Lowell_ 762.26
Eugene D. Mahoney_ 958.52
William P. Makin_ . 355.17
Horace C. Mapes- 902. 59
Edward J. A. Marcoux_ 791. 04
Earl E. Martin_ .1, 370.91
Earl E. Martin___ 155.21
Masil J. Mason_ 702. 87
William K. Massing_ 603. 90
Andrew J. Mawn___ 788. 60
Pay L. Miller- 1,183.35
James L. Miller_ 781.97
Joe M. Miller_____ 360 72
Warren E. Millett_;_ 650.91
James W. Mortimer_ 497. 33
Hartley J. Myers_ 988. 72
Hugh, E. McCartney_•_ 741.16
William L. McCombs_:_ 453.57
Clarence B. McConnell_■_ 334. 70
John N. McCoy_ 552. 39
Sherman X. McIntosh_■_ • 820. 70
Morris Nelson_ 749. 66
Prank E. Norfleet_1_ 579. 08
Edwin N. Olson___ 391. 72
Peter Paulson_ 1,408.74
Hubert J. Pfoff_,.____ 795.66
Russell M. Wiggins_ 638.85
*631 49702 Claude M. Powell- $183. 32
Kenneth M. Price_ 551.07
Archie E. Proctor- 363. 58
John D. Robbins- 339. 82
Burt C. Roberts- 713- 24
Marshall J. Rockwell- 350. 51
Leonard Roth, Jr- 161. 67
Robert R. Rott- ■ 679.14
Russell E. Rounds- 692.13
William J. Ryan_ 589.68
Roger W. Sailor, Jr- 967.46
Theodore E. Schantz_ 590. 94
Harvey R. Schauer- 680.92
Eldon H. Sears_ 539.19
Vernon S. Shafer- 613. 62
Thomas Sheehan- 621. 75
Daniel L. Sheeran- 314.90
Basil V. Smith- 786. 33
George T. Smith- 552. 36
Harold M. Smith- 429. 53
James M. Smith- 295. 78
Ernest L. Snyder- 468. 77
Dwight H. Squires_ 449.71
Lewis J. Stair, Jr- 841. 69
Walter W. Stearns_ 670.28
Walter C. Stesel_ 401.12
Courtenay E. Stevens--- 659. 31
Charles B. Stewart_ 775.35
Robert L. Suddath_ 352. 31
Wead A. Summerson- 395.15
Raymon J. Sweezey- 1,251. 89
Stanley J. Taylor_ 615. 27
Leslie V. Thomason- 804. 57
Paul E. Thompson--- 660. 29
Ernest R. Toben_•— 417. 83
Kenneth Tolbert_ 594. 67
Walter O. Trees- 252. 59
Bartholomew E. Turnan_ 637. 64
Michael Tuttle_ 541. 26
Manuel M. Uribe_ 413. 09
Edward M. Urlaub_._■ 452. 63
Wilfred C. Viens_ 802.88
Harry E. Waid_ 967. 42
William R. Waldman_■ 477.93
Prank R. Weaver_ 821.21
John T. Willis___:_ 553. 52
Floyd M. Wilson_ 751.46
Arthur H. Woodstock--- 498. 65
*632 49712 David W. Adamson-$375. 06
Dave E. Aldridge_ 57. 95
Frank L. Alshouse-416. 71
Theodore J. Arndt_ 830. 98
John B. Bartos-161.65
Edwards P. Beals-746. 96
Bernard Berlin_ 395.10
Charles T. Birchfield-479.10
Lester J. Blais_ 511.95
Elmer S. Bowling_ 903. 55
Donald R. Canfield-353. 70
Matthew H. .Cannon (The United States is entitled to setoff? $432.11 in partial satisfaction of an overpayment, etc.)---432.11
Oral K. Chandler_ 603. 59
Walter H. Clark_ 347.45
Richard R. Cody_:-294. 85
Archie B. Coon_ 504.95
William I. Crane_ 1, 049.05
Thomas M. Emmons_ 310. 59
Frank H. Fortune_ 496. 62
Ray E. French_ 372. 34
Harry Scott Gray-'_ 265. 53
Presley O. Guio_ 554. 01
Henry X. I-Iackett_ 497. 06
Leslie R. Heselton_ 484. 70
Herman Hoechstetter_ 351. 52
John A. Jiles_ 409.52
Lloyd H. Jorgensen_ 326. 52
James N. King_ 336. 42
Richard A. Klein_ 753.10
Richard L. Lay_ 576. 69
Truman L. Le Fors_ 596. 63
Glenn R. Lemmon_ 491.15
Oliver D. Lewis_ 105. 20
Austin E. Moe_ 943. 46
Charles C. McConville_ 431. 40
Dorlen E. McGuftee_ 668. 92
William L. Napier_ 883. 86
Nelson E. Noell_ 347.46
Orville C. Palmer_ 526.17
Edward H. Parsons_ 322. 02
Elvyn S. Reeves_ 983.79
William R. Rhodes_ 303. 80
Ralph G. Richardson_ 1, 350.14
Jack L. Ripley_ 366. 98
Joseph J. Schumacher_ 361. 20
Louis C. Schwarz_ 341. 58
*633 49712 Harry C. Thomas_ $588. 66
Walter E. Timmerman_ 876. 01
Ferdinand L. Valla- 727.91
Edward P. Vander Ploeg- 839. 71
Boy W. Wahl_■ 367. 65
Robert L. Welsh_ 712. 55
Charles S. Williams_ 379. 85
Thomas W. Winnerman_ 306.66
Everett L. Young_ 779. 61
49816 Robert H. Behrendt_ 820.45
John J. Boldin_ 894. 56
John M. Bonds_ 483.77
William H. Cook_ 724. 78
Joseph W. Drybread_ 908.11
Roy H. Halverson_ 1, 022.05
Winfred C. Hoel_ 744.03
Morton M. Levine_ 571. 54
Fred P. McCleskey_ 500.14
Alvin N. Ogden_ 415.25
William N. Owens_ 322.89
Arlie H. Peterson_ 858.13
Roy L. Peterson_ 1,428.44
Alvin J. Price_ 958. 82
Carlton G. Rich_ 475. 61
H. Frank Runkle_ 1, 047. 86
Alton R. Storslee_ 918. 43
Louis Volk_ 312. 20
Martin A. Wahlberg_ 716. 89
Lucian R. Weber_ 1, 557.98
Harold A. Wessels_ 820, 81
Ellis E. Wiltse_ 927.01
49829 Sarah Estella Renner, Executrix of the Estate of Walter A. Renner, Deceased- 672. 68
49872 Bernice Lucille Haugen, Administratrix of the Estate of Theodore Haugen, Deceased- 726. 73
49873 Lillian E. Beglinger, Administratrix of the Estate of Herbert E. Beglinger_ 776.74
On April 3,1951
49671 Stanley W. Ashton_'_ $766.28
Walter V. Ausman- 847. 30
Ludger J. Bisaillon_ 842. 58
John E. Bogdanich_ 772.62
James A. Boland_ 1, 442. 52
Joseph P. Broderick_ 983.64
Frank P. Castelnovo- 115.84
William H. Channell_ 941.99
*634 49871 John A. Connelly_ $885.13
Harry Dolloff_ 542. 89
Michael J. Dwyer-1,148.43
Herbert S. Ebaugh, Jr_ 110.55
Herbert H. Eselgroth-994.36
Danforth D. Ewer_ 835. 98
John M. Faire_ 907.93
Lawrence M. Feirer-779.37
Edward Ferro_ 1, 000. 63
Willard H. French-425. 35
Thomas P. Galvin-1,149. 63
Louis T. Gidel-87.21
Augustus C. Gutrie_ 452.34
Knute B. Larson-1,015.62
Aaron I. Maltin-770. 70
Leonard J. Martin-952. 59
George W. Masterton, Jr_ 715. 60
Francis J. Maypother_ 904.23
Thomas S. McGrath-859.41
Carl B. Meyer-1,014.18
Michael J. Mongin_ 993. 96
William F. Moriarty_ 121.18
John W. Mulream-117.17
Arthur W. Neergaard-144. 52
Wilfred E. Olson-786.29
Merritt D. Padfield-586. 46
Walter J. Peterson-761.85
Harold Band-570. 06
John G. Roche-819. 76
George Rudnick-472.34
Adelbert W. Schumacher-1,386.19
Kenneth J. Sheen-1,003. 05
Sam G. Sherman-731.85
Jacob Singer-1,281.68
Howard Smith-1,386.74
Eugene J. Urbanski-1,421. 97
John A. Wall-554. 35
Max Weinman-816.10
Frederick J. Wiedersheim. 848.21
Reuben E. Wilson-495. 87
49672 Arthur W. Bassett-504.15
Fred Beard, Jr-1,088. 73
Morgan J. Belgard-627.90
Arthur F. Bero-643.04
Douglas R. Best-799.98
Francis J. Bonneau-406.78
Thad M. Bowers-530.90
Leroy E. Brooks-416.83
*635 49672 John J. Casey-$674.39
Walter W. Collette_ 566.29
Virgil W. Comstock_ 558.09
Vincent D. Conway_ 651. 57
Daniel M. Corbett_ 1,115.16
John Cornells_ 728.13
Earl Crandlemire_ 194. 51
Hugh E. Davis-665. 99
Frederick W. Degenhardt. 665. 53
Lawrence J. Earle_ 473.92
Ellis L. Eaton_ 644.25
Irvin W. Greenleaf_ 915.29
William F. Hayes_ 613.14
Harold C. Hines-524.41
Charles L. Hoban, Jr_ 499. 00
Elmer E. Hodgman_ 552.06
William H. Hurley, Jr_ 403. 53
John R. Klinefelter_ 590.64
Keith H. Lambert_ 409.45
■George G. Lane_ 580. 08
Charles J. Lavoie_ 186. 96
Christopher J. Leason, Jr. 793.10
C. Joseph Lenihan_ 74. 91
•Orvis D. Mathews_ 459.93
Leo Mooers_ 737. 32
Charles H. Morse_ 858. 70
JDrnest J. Murphy-511.09
Truman O. Murray_ 759. 99
William B. McMahon_ 726. 36
Allen L. McMurphy_ 653. 58
.Hugh E. McNeal-368. 30
Hugh F. O’Flynn-529.04
Russell G. Pilger-789. 53
Oreste R. Rosa-640.43
Llewellyn M. Shafer_ 559. 20
John J. Sheehan-690.19
Malcolm C. Shurtleff__ 371. 59
Samuel F. Stedman_ 597.82
Earl L. Swift-489. 55
Laurence J. Von Dell_ 666. 69
Otis E. Wood-596. 27
Casimir A. Wosko-334. 98
Richard ,M. Wright_ 457. 62
49703 William F. Boyle-687.08
Joseph W. Burke-977.27
Laurens L. Delano_ 791. 80
Russell M., Freeman_ 493.37
Elisha R. Goodsell_ 581. 79
*636 49703 James H. Ireland_ $598.15
Richard E. Leonard- 274.71
Everett W. Martin_ 184.04
James E. Powell_ 933. 71
Robert A. Raweliffe_ 372.49
Yytold Sirvydas_ 780.55
Prank J. Slater, Jr- 590. 68
Louis A. Smith_ 603. 81
Samuel Steckler_ 637.24
Frederick N. Trimm_ 549.48
John J. Wallace_ 686.22
Stuart B. Allan- 917. 01
John J. Burke_ 1,106.75
Theophilus J. Geoffrion- 497. 87
Lindley F. Hayden- 532. 53
Francis 0. Monaghan- 580. 04
Frederick H. O’Meara- 679. 74
Robert H. Ramsey- 738.16
James W. Randall- 661.47
Harold R. Smart- 1,080'. 09
Elmer H. Smith_ 748. 31
Milton F. Stewart_ 80. 46
Charles R. Wilmot_ 604.10
Albert T. Yarrington- 814. 51
John H. Adams_ 330.53
Sam Bernsen_ 117.18
Ellsworth R. Billard- 388. 06
Murray Boriskin_ 387. 75
Edward A. Clark_ 317. 97
Joseph F. DeLuca_ 678.02
Hugh T. Dietz_ 123.72
Hyman C. Freiman- 131.19
Alvin Goldring_ 956. 03
Earl H. Greenleaf — ~_ 561. 49
Louis Kaye_ 842. 99
Robert Ben Lindsey- 122. 50
Thomas A. Maloney_ 869. 42
Albert Mayer--- 784. 96
Matthew L. Murphy_ 103.10
Seymour Pollock_:_ 137.18
Edward P. Potkai- 121. 83
Walter H. Scott_,_ 806.42
Abraham Sherman___ 830.69
Donal P. Connealy_ 661. 79
49711 Leonard W. Anderson_^_ 597. 97
Paul L. Anderson_ 431. 95
Fred E. Appel_ 630. 34
Orville J. Ballantyne_ 430. 67
*637 49711 William H. Bartley- $495.14
Leonard J. Brunner-'- 449. 66
Paul Y. Clumpner- 628.23
Grover 0. Cochran, Jr-:- 618. 80
Norman S. Dahlgren- 899.12
Miner M. Danielson- 450. 75
Bussell E. Denham- 568.38
George B. Garber_ 1,185.10
Louis 0. Hafferman- 391. 89
Ered B. Harriman- 1, 863. 52
Arthur G. Heiser- 2,021. 86
William L. Howe_ ■ 465.89
Terrell Hunter_ 499. 68
Alpheus M. Illman- 805.16
Peter Janz_ 430.15
Boland L. Johnson- 259.19
Cecil L. Johnston_ 491.90
John H. Kulander_ 662. 79
Auburn L. Kyle- 1,143.48
Clarence W. Lane___ 1,241.55
Forest J. Lane_ 542.11
Carl H. Lee_ 676.02
Austin E. Madeen_■- 388.72
Boy C. Matterson_-— 689. 20
Ivan G. Matteson_ 579. 00
Charles B. Middleton_ 1,285. 51
Thomas F. Monaghan_ 1,115. 03
Fred McDowell_i_ 550.79
Delmar F. McNutt--- 597.49
Clarence L. McVey_■_ 488. 46
Alfred G. Neumann- 605. 79
Milton C. Pommarane_ 397.22
William A. Pope_ 591. 42
Bobert B. Beiman_ 586. 50
Zela Irene Boss, (Executrix for Paul N. Boss)_ 709.09
Arthur Shelton_•- 948. 94
Joseph E. Spengler-j.- 1,415.49
Howard O. Stains_ 793. 35
Bay S. Steele-'_ 881.40
Everett C. Stiles_ 522. 31
Elphege L. St. Martin_ 1,198.12
Peter Szambelan_■ 178.08
Maxwell K. Thompson_ 414.15
George B. Vogam_ 504. 28
Clyde E. Wallace_' 489. 55
Max C. Welton_ 797. 82
John W. Wilson-._' 181. 04
John E. Young- 1,256.89
*638 49803 Albert A. Brown, Jr_ $582. 89
Emil J. Mayer_ 745. 66
Pestes J. McDonough___ 599.16
Louis J. Pettitt_:_ 546. 77
Philip M. Swett_ 537.74
Charles J. Casey_ 642.10
David A. Goldberg- 274.39
Edward Ruclin_ 366.69
Norman E. Constantine_ • 156. 45
Russell H. Danielson_^_ 257.79
Lennox P. Kanzler_ 563. 99
John P. Munch-:_ 685.45
Ernest Renson-■_ 1, 059. 43
Max B. Rosenwasser_ 1,965. 32
Harold G. Lamoreaux_._ 784.36
Samuel M. Reichman_ 473. 83
H. P. Boggus_ 598. 32
Raymond E. Bunker_ 873. 25
Marx Byrd_ 464. 54
Dewitt T. Cain_ 668. 87
John O. Carmody- 443. 31
Bernard. ,S. Karmiol__ ■ 479.49
Edward I. Nicholas_:_’_ 840.37
Howard J. Reeves_ 451.45
Elmer B. Tapley_•__ 512.25
D. T. Warner_ 1,189. 90
Earl P. Brakke_ 525.13
Wilbur D. Cooper_ 459.10
Anthony J. Dragavon_:_ 523.34
Joseph H. Gee__ 967.25
Oval G. Martin-•_ 668.41
Arthur Matson_ 235. 46
Glen E. McGinnis_ . 614. 91
John D. Mead_ 1,401.29
Sigvald G. Nelson_:_ 513.45
Samuel Bennett___ 923. 86
Willis P. Cole, Jr_ 672. 93
Stan Olson__ 258.24
John R. Proctor_•_ 1, 029. 51
Marvin O. Rogneby_ 663.60
W. Leon Short_^_ 980.25
Woodrow I. Beasley_ 365.12
Lyle M. Brannan- 498.27
Joseph H. Choate_ 331.07
Oris N. Cypert_ 423.73
Benton G. Dexter__ . 533.43
Roland A. Pleagle_ 518.98
Leon M, Hattenbach_ 483.82
*639 49803 William I. Bassett, Jr. $409.43
T. Stanley Clyburn— 367.25
Claude Gordon-396.61
Theodore F. Martin— 224.15
James M. Moose-1, 215.78
Paul J. Nichols-354. 07
49923 Patrick L. Brennen— 386.60
Patrick Byrne-668.64
William F. Cameron.. 289. 53
James E. Caufield, Jr. 575. 46
Bussell J. Crawford— 521. 88
Gordon F. Davidson_ 508. 20
Bobert L. Dixon_ 443. 68
Jesse D. Edwards, Jr.-935. 71
Frank Fiedler-586. 83
Alma E. Grant-623. 06
Estel E. Grimes-464. 81
Ivan A. Hall_ • 526.92
Dwight O. Hoerle_ 432. 87
James S. Huggins_ 380. 44
James H. Mallett_ 391. 66
Albert Mensinger_ 465. 65
Balph A. Nauman_ 791.94
John V. Peterson_ 385. 86
Norman J. Shackelton. Bernard F. Thrush_ 422. 80 434.14
Bobert G. Turner, Sr_. 213.23

Panama Canal Pay Cases

Canal Zone policemen entitled to overtime pay, night pay differential, extra pay for holiday work under applicable statutes.
Following the decision in Lewis W. Barker v. United States, 117 C. Cls. 221, and upon stipulations filed in each case, and upon the report of a commissioner recommending judgment in the agreed amount in each case, it was ordered that judgments be entered as follows:
On February 6, 1951
48694 Thomas A. Adams_ $317. 88
Durham E. Allen_ 3,246. 69
Wilson E. Allen_ 2, 034. 41
Bussell A. Anderson_ 1,709.23
Henry E. Argue_ 3,829. 28
Albert A. Arnold_ 1,498. 01
*640 48694 Carl O. Baldwin_$4,517. 92
August I. Bauman_ 555. 76
Willis S. Beardall_ 180.48
Paul M. Bell_ 3,651.40
Elmer W. Bierbaum_ 4, 406. 47
Bussell T. Billison_ 2,100.79
Leroy M. Bitner_ 2, 695. 76
Samuel S Blackburn_ 3,470. 62
Bobert W. Blades_ 4,258.57
William T. Bleakley_ 4,367.11
Bobert E. Boat_ 869.19
Bryant E. Brown_ 2, 696.15
Ernest W. Brown_ 2,250. 91
William T. Burns_ 567.26
Dalford L. Burroughs_ 328.86
Mae S. Cain, Executrix of tbe Estate of Harry L. Cain, deceased_ 669.97
Martin L. Cain_ 279.25
Paul C. Cameron_ 1, 061. 04
Frank Carr_ 4, 806. 62
James O. Catron_ 4,098.42
Boland W. Caudle_ 3,119.19
Juan A. Cazorla_ 3, 362. 95
Barney J. Chisolm — ^_ 736.95
Boger L. Cbisolm_ 4,408.14
Marvin B. Cochran_ 1,434. 54
Carmelo Conte- 3,757.27
Joel L. Cook_ 4, 087. 58
Albert B. Cooper_^_ 3, 279. 92
William Cronan_ 984.95
Cyril D. DéLapp- 4, 218. 65
Henry C. DeBaps_ 3, 531. 40
James D. Driskell-_ 4,481.16
Balph Dugan, Jr_3, 777. 04
Burton F. Ellig_ 2,211.26
Harold B. Evans__I_ 2,819'. 27
Bobert C. Fall_‘_ 926. 36
Charles C. Fears_ 3,467.84
Boy Ferguson_ 760.49
Paul L. Foreman- 1,555.55
Lyle B. Franklin_ 672.24
Carlos Garcia O_ 3,534.96
48927 George C. Anderson_ 3, 897.14
Paul E. Ankrom_ 808. 87
Bobert L. Babbs-1_ 1, 015. 65
David L. Bishop-'_ 707. 65
George W. Boyor- 737. 59
Clifford I. Burton_ 606.06
*641 48927 Charles H. Church_ $830.59
George L. Cooper_:- 1,410.89
Michael A. Dolhun_ 2,600. 68
Bichard B. Franz_ 578.35
James Marshall, Administrator of the Estate of Joseph E. Austin, Deceased__ 448.24
49032 Joseph L. Buschman_ 348.06
49709 Paul C. Bryant_ 177.75
On March 6, 1951
48694 Gottlieb H. Evers_ $843.10
Percy W. Gardner_ 2, 540. 56
Whitman P. Garrett_ 4,312. 42
William Gaudette_ 4,516. 55
Karl D. Glass_ 3,784. 54
Albert E. Goguen_ 3, 639.49
Samuel E. Gowing___ 1, 085.79
William B. Graham_ 1, 091.64
Walter A. Gray_ 4, 003.46
Charles L. Green_ 4,170.44
Michael F. Greene___ 619.27
Casey J. Hall___ 4, 376. 61
Charles N. Hammock_:- 3,172,37
John J. Hampel_ 2, 038.36
Thomas Y. Hobbs_ 3,660.33
William G. Hoelzle_1_ 4,399.41
George B. Howard_ 4,212.37
John J. Huff_ 3, 732.33
William T. Hughes_1 3,350.42
Stewart H. Jadis_ 3, 825. 78
Axel Jensen_ 2,456. 26
John F. Jesser- 2,072. 46
Adolph Kapinos_ 4,042.68
Eugene Knight- 2, 533.32
Bex O. Knight_ 2,118.16
John Kozar_ 3,724.91
Irvin E. Krapfl- 938. 48
Buford L. Cooper_ 2,998. 68
Frederick A. Crawford_■ 3, 956. 05
Israel B. Harrell_ 2,206. 74
Troy Hayes_ 4, 513. 85
Leonard L. Heitzke- 4,027.06
Bobert J. Helmerichs_ 3,268. 60
Joseph B. Higginbotham_ 1, 038.44
Jim B. Hinkle_ 618.71
Bichard M. Hirons_ 4, 419. 05
Herbert L. Holmer_ 4,244.04
*642 48694 Donald V. Howerth_ $3,181. 88
William E. Hughes-4, 019.09
Edward J. Kirkus_;_ 3,881.07
D. Robert Laporta_ 3,494. 05
Lester L. Largent_■_ 3,988.96
James J. Latimer-3.985.20
Robert W. Lawyer_ 3, 563. 06
Charles A. Lee_ 2,211.28
Morton L. LeVee-3,831. 58
Yane Leves_ 588.34
Harry J. Lewis-3,302.79
Enio Lindstrom_ 3,114.41
Frank H. Lindstrom_ 1,191. 99
Osear H. Lindstrom_ 1, 681. 96
William F. Long-4,016. 30
Edwin B. Cain_ 3,629. 06
Homer V. Crooks_ 4,116.94
Joshua A. Cunningham_ 4,491.05
Benjamin A. Darden-2.851.21
John M. Davis_ 809.28
Charles F. Delaney_ 1,047.17
Lester H. Detriek_ 2,173. 96
William H. Drake-2,292. 51
James Marshall, Public Administrator of the Canal Zone, Administrator with' the Will Annexed of the estate of Robert Y. Eaton, Deceased- — _ 1, 965. 60
John M. Fahnestock_ 2, 898. 59
John Fettler_ 3,444. 63
Edmund C. Fishbough_ 4,129. 50
Leo G. Flack_ 1, 401.81
Thomas Foley_ 1,202. 67
Carlisle H. Frederick_ 2,911.11
William A. Garlow-935.95
Eugene J. Gregg-2, 691. 91
Rodger W. Griffith_•_1_ 2,338. 27
Grady B. Hardison_ 4, 313. 37
James Marshall, Public Administrator of the Canal Zone, Administrator of the Estate of Emile W. Haro, Deceased-641.71
William M. Hartsell_ 1,388.70
James L. Hatcher-3,413.30
Alcide R. Hauser_ 3,827.45
Sidney Hayes_ 3,368.02
Dalvin S. Heilman-701.26
Herman Hessel_i_ 901.09
Frederick B. Hill-3,983. 80
48927 Hollis Griffon_ 1, 534.40
Freeland R. Hollowell__ 1, 625.52
*643 48927 Raymond D. Johnson_ $782.51
Abner S. Leach_ 519. 07
Ira F. Leslie_ 8, 580.81
Maynard R. Lindberg- 904.40
Charles N. Little_ 1,798.51
Byron O. Cawthon_ 756. 50
49068 William1 Hobson_ 523.06
49786 Robert D. Gorman_ 890.58
On April 3, 1951
48694 Joseph R. Lubera_•_$1, 683. 85
Herman W. Lynn___ 3, 746. 60
Isaiah A. MacKenzie_ 3, 688. 94
Michael J. Madigan_ 4, 006. 95
Joseph A. Mallon_ 2,133. 74
Sanford D. Mann___ 3,265. 22
James A. Marchuck_ 3,431.19
George A. Martin_ 4,246.49
Robert A. Martin___ 1,070. 78
Donald B. Massey_ 2,463.18
Ralph E. Masters_ 3,127. 68
Ramel H. Masters_ 982. 25
Freeman Mayo_ 2,287. 37
John A. McCune_ 2, 471. 84
John F. McDowell_ 3, 602. 81
Lewis F. McElroy_ 4,142.27
Robert J. McKeevers_ 1,117. 99
Vincent E. McKeon_ 1, 318.76
James B. McLendon, Jr_ 3, 528.13
Elmer L. Middlebrook_ 3,371. 61
Ralph W. Milam_ 347. 87
Stanislaus S. Mitchell_ 2,150. 30
Lyle B. Morau_ 3,237. 75
Jack F. Morris_ 3, 646. 86
Fred E. Mounts__ 4,042.26
Maurice E. Muller_ 4,425. 01
George W. Mullins_ 1,901.54
Wilbur Mullins_ 3,305.14
Leonard Munyan_ 2, 987. 76
William H. Munyon_ 3, 802. 80
Harry E. Musselman___ 460.30
George F. Nadeau_ 4,423.00
William T. Nail_:_ 3,979.10
Charles Neumann_ 783. 33
Henry M. Neumann_ 3,392. 74
.Herbert Newhouse_ 4,124.42
Maurice A. Nichols_ 3, 989. 06
*644 48694 Richard G. Nichols_$4,342.07
Andrew M. Nick- 3, 744.36
Thomas A. Orr_ 2,834.15
Eugene E. Orvis_ 637. 62
Hiram Overall_ 3, 793. 02
Richard P. Patton_ 3, 870.73
Chester W. Pearson_ 2, 636.32
James H. Pennington_ 4, 067.85
Harold R. Peterson___ 1, 874.43
Eldon L. Phelan_ 4, 425. 76
Thomas J. Polite_ 4, 372. 09
Cullen P. Preslar_ 819.73
Clarence E. Priest_ 3, 827.12
Wallace W. Priester_ 672.03
Peter S. Proback_.- 3, 946. 25
Robert R. Randolph_ 2,146. 49
Lester Ratliff_ 2, 967. 65
Harvey G. Rhyne__ 3, 746. 82
Javy E. Rice_ 1, 801. 87
Howard C. Richards, Jr_ 3, 962. 63
Joe H. Richardson_ 4,448. 25
Florence W. Richardson, Executrix of the Estate of Lee Richardson, Deceased_ 2, 967.23
Arthur B. Rigby_ 607. 68
George V. Ritchey_ 3, 018.15
Charles D. Robinson_ 2,055. 74
Floyd A. Robinson_ 4,402.17
Robert F. Roche_ 909.57
Samuel Roe_ 2, 554. 37
Samuel Roe, Jr_ 4, 255. 72
Michael A. Romeo_ 4,333. 63
George J. Roth_ 4, 368. 60
John J. Rowe_ 3,229. 86
Frederick S. Rudesheim_ 1,134. 85
George Russon_ 4,353. 04
Wallace F. Russon_ 2, 886.10
Pierce P. Savage_ 1, 599. 96
David H. Searle, Jr_ 3, 828. 64
Eugene S. Shipley_ 3, 650.96
Charles S. Smith_ 4,197. 90
Clarence W. Smith_ 679. 37
Jack E. Smith_ 3,081. 52
Zachary T. Smith_ 2, 730.65
Fred S. Southerland_ 4,104. 86
William J. Cree_ 1,429.87
Luther U. Fleming- 2,805. 74
Richard K. Soyster_ 3, 409.29
Hei’bert Staples_ 2, 717.36
*645 48694 John F. Stephenson-— $2, 690. 89
Paul S. Stewart_ 3,850.60
Wilbert E. Stitt__ 4,122. 66
Homer H. Summerford- 4,349.82
Jack C. Sutherland_ 4, 497.71
Donald L. Syers- 559. 99
Prank M. Szivos- 3, 462.22
Henry C. Teigen_ 2,662. 59
Paul D. Thompson_ 4,252. 52
48927 Anthony Malagutti- 2,149. 26
Walter T. Stafford_ 742.89
James Marshall, Administrator of the Estate of Bruel W. Styles, Deceased — - 522. 92
Bichard A. Teaehman_ 463. 82
Walter G. McBride_ 1,784.18
George A. Neal_ 418. 59
James P. Quigley- 380.21
Paul D. Richmond_ 1, 867. 84
Prank A. Bysan_ 677. 63
Prank O. Smith_ 491.46

Customs Service Pay Cases

On the basis of tbe opinion and mandate of the Supreme Court in the case of Howard, C. Myers (No. 43671) et al., 320 U. S. 561, and following the order of the Court of Claims therein, 101 C. Cls. 859; and upon the opinion in O'Rourke v. United States, 109 C. Cls. 33; and upon stipulations of the parties in the cases set forth below, showing the amount due each of the plaintiffs in accordance with accountings made therein, and upon the report of a commissioner in each case recommending that judgment be entered in favor of the plaintiffs for the respective amounts stated in the several stipulations, and on motions by the several plaintiffs for judgment, it was ordered that judgment be entered in the respective amounts set forth below, as follows:
On December 5,1950
46830 William Yule_$2, 045.20
46838 Mina I. Wood, Administratrix- 595,34
46877 Emile J. Bourgoin_ 16, 097. 61
46970 Pranklin M. Gray_ 1,636.91
46987 Philip A. Groves_ 1,065.80
47005 Fred L. Oonlogue_15,017.17
*646 47032 Richard D. Baker_ $198.22
47415 James T. Kerr_ 987.09
47809 Clarence F. Brown_ 2,539.85
48770 Robert W. Patterson_ 797.78
On January 9, 1951
47798 Clark W. Reed_ $753.40
46825 Erney A. Bonnet_ 179.44
On February 6, 1951
46743 Peter Schaeffer_$2, 572. 57
46859 Ray E. Cummings_ 677.45
48717 Eric F. Parsons_ 7,059. 43
48804 Leslie G. Nunn_ 169. 95
48908 Karl W. Price_ 589.82
On April 3,1951
46938 Seth A. Good-$1,890. 81
46948 Stanley P. Allen_ 1,272. 35